■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAHEIM SMITH, Appellant. [770 NYS2d 876]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Latella, J.), rendered February 26, 2001,

convicting him of robbery in the third degree and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court committed reversible error by refusing the jury's request for a readback of the defense counsel's summation is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Velasco,* 77 NY2d 469, 474 [1991]; *People v Dixon,* 277 AD2d 65 [2000]). In any event, the defendant's contention is without merit since the trial court properly exercised its discretion in refusing the request (*see People v Dixon, supra; People v McClary,* 197 AD2d 640 [1993]). Prudenti, P.J., Goldstein, Luciano and Cozier, JJ., concur.